**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,           )<br>              Plaintiff,           )<br>                              )<br>vs.                           )<br>                              )<br>STAFFORD SAMUEL,              )<br>              Defendant.           )<br>_____) | 04-04096MP-001-PCT-SLV<br><br>**ORDER** |

The defendant appeared in court and admitted to violating all allegations as contained in the Petition to Revoke Probation. Based upon those admissions, the court finds the defendant has violated the conditions of his probation.

IT IS ORDERED reinstating the defendant on probation for a period of one year from May 29, 2007, subject to the previously ordered conditions. In addition, the following conditions are imposed:

1. You shall participate as instructed by the probation officer in a program of substance abuse treatment which may include testing for substance abuse. You shall contribute to the cost of treatment in an amount to be determined by the probation officer.

2. You shall abstain from all use of alcohol or alcoholic beverages.

3. You shall pay fines and assessments totaling $450.00 at a rate of $100.00 per month beginning July 1, 2007.

IT IS FURTHER ORDERED striking special condition number three (3) from defendant's previously imposed conditions of supervised probation.

DATED this 29th day of May, 2007.

Mark E. Aspey
United States Magistrate Judge